61 F.3d 898
 James H. Ward, Jr.
v.
Les Aspin, Secretary of Defense, John Shannon, Secretary of
the Army, David Kinneer, Executive Secretary of
the Army Board for Correction of
Military Records, D. Brent Pope, Colonel
 NO. 94-2150
 United States Court of Appeals,
Third Circuit.
 June 22, 1995
 
 Appeal From: E.D.Pa., No. 92-cv-07280,
 Shapiro, J.
 
 
 1
 AFFIRMED.
 
 
 2
 Federal Reporter. The Third Circuit provides by rule for the reporting of opinions having 'precedential or institutional value. An opinion which appears to have value only to the trial court or the parties is ordinarily not published.' The Federal Reporter tables are prepared from lists of cases terminated by judgment orders, unpublished per curiam opinions and unpublished signed opinions, indicating the disposition of each case, transmitted by the Court. Third Circuit Rules, App. 1, Internal Operating Procedures, Ch. 5, sec. 5.1, 28 U.S.C.A.)